# EXHIBIT A





Exhibit A-1





Exhibit A-2





Exhibit A-3





Exhibit A-4



Exhibit A-5



Exhibit A-6